# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAPPHIRE DOLPHIN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-192-SLR |
| | ) |
| | ) **JURY TRIAL DEMANDED** |
| SDI TECHNOLOGIES INC., | ) |
| d/b/a iHOME, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Sapphire Dolphin LLC ("Sapphire Dolphin") and Defendant SDI Technologies Inc. d/b/a iHOME ("SDI"), subject to the approval of the Court, that Sapphire Dolphin's complaint against SDI shall be and is hereby dismissed with prejudice.

July 21, 2014

BAYARD, P.A.                                                                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Stephen B. Brauerman                                                     /s/ Rodger D. Smith
Richard D. Kirk (#0922)                                                       Rodger D. Smith II (#3778)
Stephen B. Brauerman (#4952)                                         Jeremy A. Tigan (#5239)
Vanessa R. Tiradentes (#5398)                                         1201 N. Market Street
Sara E. Bussiere (#5725)                                                     P.O. Box 1347
222 Delaware Avenue, Suite 900                                     Wilmington, DE 19899-1347
P.O. Box 25130                                                                     (302) 658-9200
Wilmington, DE 19899                                                       rsmith@mnat.com
(302) 655-5000                                                                    jtigan@mant.com
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com                                         *Attorneys for Defendant*
vtiradentes@bayardlaw.com                                           *SDI Technologies Inc., d/b/a iHome*
sbussiere@bayardlaw.com

*Attorneys for Plaintiff Sapphire Dolphin LLC*

IT IS SO ORDERED, this _____ day of _____ 2014.

_____
U.S.D.J.